UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP B. ROSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISCOVER FINANCIAL SERVICES, INC.; JP MORGAN CHASE NATIONAL CORPORATE SERVICE, INC. DBA JP MORGAN & CHASE; U.S. BANCORP, DBA AS US BANK; PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, DBA AMERICAN EDUCATION SERVICES; SALLIE MAE, INC.; BANK OF AMERICA CORPORATION; AMERICAN EXPRESS COMPANY; WELLS FARGO BANK, LTD.; AND DOES 1 TO 20 inclusive,<br><br>　　　　Defendants. | CASE NO. CV 12-00425 LHK (HRL)<br><br>**ORDER REQUESTING DEFENDANTS' POSITION ON PLAINTIFF'S REQUEST FOR DISMISSAL** |

On February 15, 2012, Plaintiff filed a Request for Dismissal of Entire Action Against All Defendants Without Prejudice and a Proposed Order. ECF Nos. 31, 32. As Defendants have already filed an answer in this action, the Court will not dismiss this action without giving Defendants an opportunity to be heard. By 5:00 p.m. on Tuesday, February 21, 2012, Defendants shall file a statement that they either (1) do not oppose Plaintiff's request, or (2) intend to oppose Plaintiff's request pursuant to the briefing schedule for motions set forth in the Civil Local Rules. If Defendants fail to file such statement, the Court shall grant Plaintiff's request for dismissal without prejudice.

Dated: February 17, 2012

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Court Judge

ORDER REQUESTING DEFENDANTS' POSITION ON
PLAINTIFF'S REQUEST FOR DISMISSAL
CASE NO. CV 12-00425 LHK (HRL)