GEORGE G. WEICKHARDT (SBN 58586)
CHRISTOPHER W. VINCENT (SBN 227021)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
cvincent@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued herein
as JP MORGAN CHASE NATIONAL
CORPORATE SERVICE, INC. DBA JP MORGAN
& CHASE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHILLIP B. ROSE,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVERY FINANCIAL SERVICES, INC.; JP MORGAN CHASE NATIONAL CORPORATE SERVICE, INC. DBA JP MORGAN & CHASE; U.S. BANCORP, DBA AS US BANK; PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, DBA AMERICAN EDUCATION SERVICES; SALLIE MAE, INC.; BANK OF AMERICA CORPORATION; AMERICAN EXPRESS COMPANY; WELLS FARGO BANK, LTD.; AND DOES 1 TO 20 inclusive,<br><br>Defendants. | CASE NO. CV 12-00425 LHK (HRL)<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

CASE NAME: Philip B. Rose v. Discovery Financial Services Inc., et al.

ACTION NO.: 12cv00425

## PROOF OF SERVICE

**METHOD OF SERVICE**

☒ First Class Mail ☐ Facsimile ☐ Messenger Service

☐ Overnight Delivery ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105-1667, County of San Francisco.

3. On February 21, 2012 I served the following documents:

**CHASE BANK USA, N.A.'S RESPONSE TO THE COURT'S REQUEST FOR THE DEFENDANTS' POSITION ON PLAINTIFF'S REQUSET FOR DISMISSAL**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

Phillip B. Rose
P.O. Box 1928
San Jose CA 95109

5. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at the address listed in Paragraph 2 above.

    b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☐ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service. (Separate declaration of personal service to be provided by the messenger.)

    d. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the

PROOF OF SERVICE

1 persons at the fax numbers listed in item 4.  (Separate Proof of Transmission by Fax to be provided.)

2

3     e.  ☐  By email or electronic transmission:  Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

4

5     I am employed in the office of a member of the bar of this court at whose direction the service was made.  I certify under penalty of perjury that the foregoing is true and correct.

6

7 Date:  February 21, 2012

8

9 Carpus Chang
   Type Name                                      Signature

PROOF OF SERVICE